# IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| MARIA EVA AQUINO,<br>Appellant,<br>vs.<br>CLARK COUNTY, A POLITICAL<br>SUBDIVISION OF THE STATE OF<br>NEVADA,<br>Respondent. | No. 69985<br><br>**FILED**<br><br>APR 1 9 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY ___S. Young___<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on March 16, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Kathleen E. Delaney, District Judge
Gazda & Tadayon
Clark County District Attorney/Civil Division
Eighth District Court Clerk